Joshua D. Cohen (Bar No. 184067)
Katherine Kao (Bar No. 267475)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Tel:   (510) 834-6600
Fax:   (510) 834-1928
Email: jcohen@wendel.com
Email: kkao@wendel.com

Attorneys for Defendant
Union Bank and Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TREVOR SCHWEITZER,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; OSC Recovery, Inc.; Union Bank and Trust Company; Wells Fargo Bank, National Association; Wells Fargo Card Services, Inc.; Asset Acceptance, LLC and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:16-cv-02167-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT UNION BANK AND TRUST COMPANY'S RESPONSE TO COMPLAINT** |

Plaintiff Trevor Schweitzer (Plaintiff) and Defendant Union Bank and Trust Company by and through their respective undersigned counsel, stipulate that since these parties are exploring early resolution of their dispute; Defendant Union Bank and Trust Company shall have through June 24, 2016 to serve and file its response to Plaintiff's complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | DATED: May 25, 2016 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: ___/s/ Joshua D. Cohen___ |
| 4 | | Joshua D. Cohen |
| | | Attorneys for Defendant |
| 5 | | Union Bank and Trust Company |
| 6 | DATED: May 25, 2016 | SAGARIA LAW, P.C. |
| 7 | | |
| 8 | | By: ___/s/ Elliot W. Gale___ |
| | | Elliot W. Gale |
| 9 | | Attorneys for Plaintiff |
| | | Deana Schweitzer |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

DATED: May 25, 2016                         WENDEL, ROSEN, BLACK & DEAN LLP

By:     ___/s/ Joshua D. Cohen___
        Joshua D. Cohen
        Attorneys for Defendant
        Union Bank and Trust Company

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                              UNITED STATES DISTRICT COURT JUDGE

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

020837.0001\4323493.1

STIP. & ORDER EXTENDING TIME FOR DEF.
UNION BANK AND TRUST COMPANY'S
RESPONSE TO COMPLAINT

2                              5:16-cv-02167-EJD