JESSICA ELAINE LANIER, SBN 303395
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6923
Fax: (415) 743-6910
Email: jessica.lanier@hklaw.com

Attorneys for Defendant ASSET ACCEPTANCE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| TREVOR SCHWEITZER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; OSC RECOVERY, INC; UNION BANK AND TRUST COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO CARD SERVICES, INC.; ASSET ACCEPTANCE, LLC, AND DOES 1 THROUGH 11 INCLUSIVE<br><br>    Defendants. | CASE NO. 5:16-cv-02167<br><br>**STIPULATION TO EXTEND TIME FOR ASSET ACCEPTANCE, LLC TO RESPOND TO COMPLAINT** |

**STIPULATION AND REQUEST TO EXTEND THE TIME FOR DEFENDANT ASSET ACCEPTANCE TO RESPOND TO COMPLAINT**

Plaintiff Trevor Schweitzer and Defendant Asset Acceptance, LLC ("Asset" or "Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the last day for Defendant to file an answer to the Complaint is May 31, 2016;

WHEREAS, Asset and counsel for Plaintiff agreed that Defendant shall have until June 14, 2016 to file a response;

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

WHEREAS, good cause supports this Stipulation as the parties agree that an extended deadline will be helpful to allow Defendant sufficient time to investigate facts involved in this case in order to respond and to put the case at issue;

WHEREAS, in compliance with Northern District Local Rules 6-1, 6-2, and 7-12, a proposed order and declaration in support of this stipulation are attached herewith;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties, and the Court's approval is hereby requested:

That Defendant's deadline to file an answer to the Complaint shall be set for June 14, 2016.

**SO STIPULATED.**

Dated:  May 27, 2016                HOLLAND & KNIGHT LLP

By:   /s/ Jessica Lanier
         Jessica Lanier

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

Dated:  May 27, 2016

By:   /s/ Elliot Gale
         Elliot Gale

Attorney for Plaintiff TREVOR SCHWEITZER

**Declaration of Consent to Electronic Signature:**

Pursuant to Northern Dist. LR 5.1(i), the electronic filer of this Stipulation, Jessica Lanier, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Date:  May 27, 2016                    By:   /s/ Jessica Lanier
                                                   Jessica Lanier

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

2
STIPULATION TO EXTEND THE TIME TO ANSWER COMPLAINT