1

2

3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

**SAN JOSE DIVISION**

6

7

DEANA SCHWEITZER,

Case No.  16-cv-02166-BLF

Plaintiff,

8

9

v.

**ORDER GRANTING
ADMINISTRATIVE MOTION TO
RELATE CASES**

10

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

[Re:  ECF 24]

11

Defendants.

12

13

Defendants have filed an administrative motion requesting this Court to consider relating

14

the following two cases:

15

*Deana Schweitzer v. Experian Information Solutions, Inc., et al.*
Case No. 16-cv-02166-BLF

16

and

17

18

*Trevor Schweitzer v. Experian Information Solutions, Inc., et al.*
Case No. 16-cv-02167-EJD

19

20

The motion is GRANTED and the two cases are hereby ordered RELATED.

21

**IT IS SO ORDERED.**

22

23

Dated:  June 7, 2016

24

_____

BETH LABSON FREEMAN
United States District Judge

25

26

27

28

United States District Court
Northern District of California