1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  TREVOR SCHWEITZER,                    Federal Case No.: 5:16-CV-02167-EJD

13         Plaintiff,

14         vs.                            **STIPULATED REQUEST FOR
                                          DISMISSAL OF DEFENDANT EQUIFAX,
15  EXPERIAN INFORMATION SOLUTIONS,       INC.; [PROPOSED] ORDER**
    INC.; et. al.,
16
           Defendants.
17

18  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff Trevor Schweitzer and defendant

20  Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

21  Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

22  and costs.

23  //

24  //

25  //

26  //

27  //

28  //

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

| | |
|---|---|
| DATED: June 28, 2016 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Trevor Schweitzer |
| | |
| DATED: June 28, 2016 | Nokes & Quinn |
| | |
| | By: _/s/Thomas P. Quinn, Jr._ |
| | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant |
| | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE